IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

**MATTIE R.,**

    **Plaintiff,**

v.

                                                                               **CIVIL NO. 2:20-cv-322**

**ANDREW SAUL,**
*Commissioner of*
*Social Security Administration,*

    **Defendant.**

## FINAL ORDER

Mattie R.[1] ("Plaintiff") brought this action under Section 405(g) of the Social Security Act ("SSA"), 42 U.S.C. § 405(g), seeking judicial review of the decision of the defendant, Andrew Saul Commissioner of the Social Security Administration ("Commissioner"), which denied Plaintiff's claim for a period of disability and disability insurance benefits ("DIB"). ECF No. 1. Both parties moved for summary judgment. ECF Nos. 13, 15.

The matter was referred to a United States Magistrate Judge for a report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72(b) of the Federal Rules of Civil Procedure as well as Rule 72 of the Local Rules of this Court. ECF No. 11. The Report and Recommendation of the Magistrate Judge was filed on April 14, 2021, which recommends that the Court affirm the final decision of the Commissioner, grant the Commissioner's Motion for Summary Judgment (ECF No. 15), and deny Plaintiff's Motion for Summary Judgment (ECF No. 13). ECF No. 17 at 2, 26. By copy of such report, each party was

---

[1] In accordance with a committee recommendation of the Judicial Conference, Plaintiff's last name has been redacted for privacy reasons. COMM. ON CT. ADMIN. & CASE MGMT. JUD. CONF. U.S., PRIVACY CONCERN REGARDING SOCIAL SECURITY AND IMMIGRATION OPINIONS 3 (2018).

1

advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge. Id. at 26–27. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (internal citation omitted). To date, neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing same has expired.

Therefore, the Court hereby **ADOPTS** the findings and recommendations of the Magistrate Judge as set forth in the Report and Recommendation filed on April 14, 2021. ECF No. 17. Accordingly, the Court **GRANTS** Commissioner's Motion for Summary Judgment, ECF No. 15, **DENIES** Plaintiff's Motion for Summary Judgment, ECF No. 13, and **AFFIRMS** the final decision of the Commissioner.

The Clerk is **DIRECTED** to forward a copy of this Final Order to all Counsel of Record.

**IT IS SO ORDERED.**

Robert G. Doumar
Senior United States District Judge

Norfolk, VA
April 29, 2021